UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

          **Plaintiff,**

   -against-

SIMA COE, ET AL,

          **Defendants.**

------------------------------------------------------------- x

22-CV-8435 (ALC)

**BRIEFING ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of the parties' recent submissions. The parties are hereby GRANTED leave to amend their crossclaims and file briefing on a motion to dismiss. The parties are directed to adhere to the following briefing schedule:

Amended Cross Claims: February 24, 2023.

Motion to Dismiss: March 10, 2023.

Opposition to the Motion to Dismiss: March 24, 2023.

Reply (if any): March 31, 2023.

The Clerk of Court is respectfully directed to terminate the open motion at ECF No. 39.

**SO ORDERED.**

**Dated:**  **New York, New York**
     **February 10, 2023**

              _____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**