**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,**

                                **Plaintiff,**   22-CV-8435 (ALC)

                 -against-   **ORDER TO SHOW CAUSE**

**SIMA COE, ET AL,**

                               **Defendants.**

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On December 16, 2022, Plaintiff Guardian Life Insurance Company of America filed an Order to Show Cause Without Emergency Relief pursuant to 29 U.S.C. §§ 1335 and 2361. ECF Nos. 22-25. On February 17, 2023, Plaintiff refiled the Order to Show Cause as a Motion for Discharge. ECF Nos. 46-47.

Accordingly, Defendants are hereby **ORDERED TO SHOW CAUSE** as to why an order should not be entered pursuant to 29 U.S.C. §§ 1335 and 2361: (a) ordering interpleader regarding the proceeds of Guardian Life Insurance Policy Numbers 6748351, 6717131, 6765586, and 6765591 insuring the life of Vladimir Zelenko ("Guardian Policies"); (b) directing Guardian to pay into the Registry of this Court the proceeds of the Guardian Policies; (c) discharging Guardian from all liability to the defendants in connection with the Guardian Policies and dismissing it from this action; (e) temporarily and/or permanently enjoining defendants from instituting or prosecuting any proceeding in any state or United States court affecting the

Guardian Policies; (f) awarding Guardian its costs and reasonable attorneys' fees; and (g) ordering such other and further relief as the Court deems fair and equitable.

Such showing should be made by filing a written response to this Order no later than **March 14, 2023,** and emailing a courtesy copy of such response to Chambers.

**SO ORDERED.**

**Dated:**   **New York, New York**
       **February 27, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**