UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

                        Plaintiff,

       - against -

SIMA COE, et al.,

                       Defendants.
------------------------------------------------------------------------X

No.: 1:22-cv-08435(ALC)

**AGREED ORDER DISCHARGING AND DISMISSING GUARDIAN AND ENJOINING FURTHER LITIGATION AGAINST GUARDIAN REGARDING INSURANCE PROCEEDS INSURING THE LIFE OF VLADIMIR ZELENKO**

**Pursuant to the Stipulation by and among** Plaintiff Guardian Life Insurance Company of America ("Guardian") and Defendants Sima Coe, Rinat Lustig Zelenko (individually and as Trustee of the Article VI Trusts f/b/o S.Z. and L.Z. established under the Zelenko Family Living Trust dated 12/4/19 and amended January 2021), S.Z., L.Z., Levi Yitzchok Zelenko, Esther Tova Zelenko, E.D.Z., N.D.Z., S.N.Y.Z, M.M.Z., Larisa Zelenko, Frank Zelenko (individually and as Trustee of the Zelenko Family Living Trust dated 12/4/19 and amended January 2021), Cross River Bank, and Investors Bank (collectively, "Defendants," together, with Guardian, the "Parties"), the Court orders and adjudges as follows:

1. Within one (1) day of the entry of this order, the parties receiving distributions under paragraph 2 shall provide payment instructions acceptable to Guardian and W-9 forms to Guardian.

5

2. Guardian shall make the following distributions of the Death Benefit and partial payment of interest accrued upon the Death Benefit[1] payable on Policy Nos. 6748351, 6717131 and 6765586 ("Trust Policies") within fifteen (15) days after the later of (i) the entry of this order, and (ii) the receipt of all payment instructions acceptable to Guardian, and all W-9 forms as provided in paragraph 1:

   a. To Sima Coe — $2,061,651.62;

   b. To Rinat Zelenko — $1,030,825.81;

   c. To Rinat Zelenko as Trustee of the Article VI Trust f/b/o S.Z. established under the Family Living Trust dated December 4, 2019, as amended and restated — $1,030,825.81;

   d. To Rinat Zelenko as Trustee of the Article VI Trust f/b/o L.Z. established under the Family Living Trust dated December 4, 2019, as amended and restated — $1,030,825.81;

   e. To Frank Zelenko as Trustee of the Family Living Trust dated December 4, 2019, as amended and restated - $1,818,525.75.

   f. To Investors Bank — $ 206,876.21 (comprising $199,971.71 in full satisfaction of the loan obtained by the Zelenko Family Living Trust from Investors Bank on December 30, 2019, as amended February 26, 2021, together with $6,904.50 in attorney's fees incurred in enforcing the terms of the Loan Agreement as provided in Section 8.06 of the Loan Agreement);

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Stipulation Regarding Partial Disbursement of Insurance Proceeds, Dismissal and Discharge of Guardian and Enjoining Further Litigation Concerning Guardian with Respect to Certain Policies*.

6

g. To Cross River Bank —$414,508.04 (comprising $ 364,406.54 in full satisfaction of the outstanding indebtedness on the commercial loan obtained by Vladimir Zelenko MD PC from Cross River Bank on or about February 17, 2015 plus Cross River Bank's attorneys fees of $50,101.50 incurred in this matter, as contractually provided for in the Assignment of Policy 6765586 as Collateral to Cross River Bank made by Vladimir Zelenko on or about January 14, 2015 and the Unconditional Guaranty dated February 17, 2015 executed by Vladimir Zelenko in favor of Cross River Bank); and

h. To the extent any portion of the Death Benefit or 3% accrued interest on the Death Benefit on Policy Nos. 6748351, 6717131 and 6765586 (the "Residual Amount of the Trust Policies") remains after the distributions required by paragraphs 2.a.-2.g., the Residual Amount of the Trust Policies shall be distributed according to the following percentages:

   i. Rinat Zelenko – 14.53 %

   ii. Rinat Zelenko as Trustee of the Article VI Trust f/b/o S.Z. established under the Family Living Trust dated December 4, 2019, as amended and restated – 14.53 %

   iii. Rinat Zelenko as Trustee of the Article VI Trust f/b/o L.Z. established under the Family Living Trust dated December 4, 2019, as amended and restated – 14.53 %

   iv. Sima Coe – 29.04 %

   v. Frank Zelenko as Trustee of the Family Living Trust dated December 4, 2019, as amended and restated – 27.37%

3. Within fifteen (15) days after the entry of this Order Guardian shall deliver to the Clerk of Court a check for the $2,500,000 Death Benefit (plus 3% accrued interest) associated with Policy Number 6765591, which the Clerk shall deposit into an interest-bearing account maintained by the Court pursuant to Fed. R. Civ. P. 67 and Local Rule 67.1. Litigation related to the entitlement for this death benefit is currently pending by way of Count II of Rinat Zelenko's Crossclaim (ECF No. 37) and the Cross-Claim filed at ECF No. 52.

4. Guardian shall issue and/or file such tax documents as it deems required and/or appropriate. Guardian shall have no responsibility to any defendant for the tax consequences of any distribution provided in this Order.

    a. To the extent the distributions reflected in paragraphs 2(c) and 2(d) result in an estate tax, Rinat Zelenko as Trustee of the Article VI Trusts f/b/o S.Z. and L.Z. established under the Family Living Trust dated December 4, 2019, as amended and restated, shall be obligated to satisfy the portion of the estate tax attributable to the distribution from the funds described in said paragraphs.

    b. To the extent the distributions reflected in paragraph 2(e) result in an estate tax, Frank Zelenko as Trustee of the Family Living Trust dated December 4, 2019, as amended and restated, shall be obligated to satisfy the portion of the estate tax attributable to the funds distributed pursuant to paragraph 2(e).

5. Upon Guardian's compliance with paragraphs 2 and 3:

    a. Guardian is discharged from all liability as to any claim brought, or that could be brought, by Defendants against Guardian in relation to the Guardian Policies; and

    b. Defendants are enjoined from instituting or prosecuting any proceeding against Guardian in any state or United States court relating to or affecting the Guardian Policies; and

    c. All claims or counterclaims asserted against Guardian are dismissed with prejudice, with the only matter remaining in this action pertaining to Guardian being its motion for an award of attorneys' fees.

6. Nothing in this Order or the Stipulation is intended to resolve or waive Guardian's motion for an award of attorney fees, which remains pending for the Court's consideration at ECF Nos. 22-25 and 46-47.

7. This Order resolves:

    a. Guardian's Interpleader Complaint, ECF No. 9, with respect to the Trust Policies

    b. All Cross-Claims except: (1) Count II of Rinat Zelenko's Cross-Claim filed against Defendants at ECF No. 37; and (2) the Cross-Claim filed at ECF No. 52 by Levi Yitzchok Zelenko, Esther Tova Zelenko, E.D.Z., N.D.Z., S.N.Y.Z, M.M.Z. Larisa Zelenko and Frank Zelenko against Rinat Zelenko.

8. Within five (5) days of receiving the proceeds referenced in paragraph 2 of this Agreed Order, the relevant parties shall file joint stipulations of dismissal with prejudice of the following Cross-Claims at issue in this litigation:

    a. Sima Coe's Cross-Claim against Defendants filed at ECF No. 33

    b. Count I of Rinat Zelenko's Cross-Claim against Defendants filed at ECF No. 37

    c. Cross River Bank's Cross-Claim and Claim for Relief against Sima Coe filed at ECF No. 44

    d. Investors Bank's Cross-Claim against Guardian filed at ECF No. 48

9. Within five (5) days of receiving of the proceeds referenced in paragraph 2 of this Order, Guardian and Sima Coe shall file a stipulation of dismissal of the NY Litigation, with prejudice, and with the parties to bear their own attorneys' fees and costs.

10. The Court reserves jurisdiction to enforce the terms of the Parties' Stipulation and Order.

**SO ORDERED.**

Dated:     June 28  , 2023
              New York, NY

                                                            _____
                                                             United States District Judge