August 10, 2023

**VIA EMAIL AND ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Guardian Life Insurance Company of America v. Coe, et al.*, No. 1:22-cv-08435

Dear Judge Carter,

    The parties have resolved all claims and crossclaims in this action *with the exception of* (1) Count II of Rinat Zelenko's Cross-Claim filed against Defendants at ECF No. 37; and (2) the Cross-Claim filed at ECF No. 52 by Levi Yitzchok Zelenko, Esther Tova Zelenko, E.D.Z., N.D.Z., S.N.Y.Z, M.M.Z. Larisa Zelenko and Frank Zelenko against Rinat Zelenko.  Stipulations of dismissal have been filed as to all claims except these two claims.

    The parties to these remaining claims request that the Court set a settlement conference before a Magistrate Judge.

| LAW OFFICES OF KENNETH L. KUTNER | PROSKAUER ROSE LLP |
|---|---|
| By: s/*Kenneth L. Kutner* | By: s/*Jared M. DuBosar* |
| Kenneth L. Kutner, Esq. | Nathan R. Lander |
| 200 Garden City Plaza | Eleven Times Square |
| Suite 315 | New York, NY 10036-8299 |
| Garden City, New York | nlander@proskauer.com |
| Phone: (516) 455-8755 | Phone: (212) 969-3000 |
| *Attorneys for Defendants* | Matthew Triggs (*Pro Hac Vice*) |
|  | Jared M. DuBosar (*Pro Hac Vice*) |
|  | 2255 Glades Road, Suite 421-A |
|  | Boca Raton, Florida 33431 |
|  | Phone: (561) 241-7400 |
|  | mtriggs@proskauer.com |
|  | jdubosar@proskauer.com |
|  | florida.litigation@proskauer.com |
|  | *Attorneys for Defendant Rinat Lustig Zelenko* |