| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | |
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | : : : | Case No. 22-cv-08435(ALC) |
| Plaintiff, | : : | |
| -against – | : : | |
| SIMA COE, *et al*. | : : : | |
| Defendants. | : : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned attorney, Patrick W. Begos of Robinson & Cole LLP, hereby moves to withdraw his Appearance as counsel for Plaintiff, Guardian Life Insurance Company of America ("Guardian"), in the above-captioned interpleader action. Guardian has been discharged and, following resolution of its claim for attorneys' fees, has been dismissed from this action. (Doc. Nos. 76, 109). Guardian has received notice of and consented to the filing of this motion to withdraw.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw his Appearance in the above-captioned case.

Dated: February 28, 2024

**ROBINSON & COLE LLP**

By: */s Patrick W. Begos*

1055 Washington Blvd.
Stamford, CT 06901
Tel.:(203) 462-7500
Email: pbegos@rc.com

*Attorneys for Plaintiff Guardian Life Insurance Company of America*